GEORGIA VITRIFIED BRICK AND CLAY COMPANY *v.* GEORGIA
RAILROAD AND BANKING COMPANY.

HILL, J. A plaintiff must recover on the strength of his own title, not
    on the weakness of the title of his adversary. Powell on Actions for
    Land, § 130, and citations. Where a deed excepts from its provisions
    certain land as conveyed in a specified deed recited to have been for-
    merly executed by the grantor to another person, the grantee does not
    thereby acquire the land so excepted; and in a suit by such grantee
    against such other person, to cancel the former deed and have the
    title to the land conveyed thereby decreed to be in the plaintiff, where
    the petition with the exhibits made a part thereof showed upon its
    face the existence of facts as indicated above, the case was properly
    dismissed upon general demurrer.
(a) It would not affect the case even if the former deed had not been
    delivered, or if the witnesses thereto were incompetent, or if it was
    not upon a valuable consideration, or if the plaintiff exercised adverse
    possession for 15 or 16 years, or if the grantee in the senior deed (a
    corporation) did not have charter power to own land.

                    *Judgment affirmed. All the Justices concur.*
            No. 1006. JANUARY 14, 1919.

   Equitable petition. Before Judge Black (of the city court).
Richmond superior court. May 16, 1918.

    *W. K. Miller,* for plaintiff. *Cumming & Harper,* for defendant.